UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:11-0760-JFA |
|---|---|---|
| v. | ) | |
| CAROLYN LOUISE MCDANIEL | ) | ORDER |

The United States has moved to dismiss this matter on the ground that the defendant successfully completed the pretrial diversion program. The Motion is granted, and it is hereby ordered and decreed that Indictment Number 3:11-0760 against the defendant, **CAROLYN LOUISE MCDANIEL**, be and the same is hereby dismissed without prejudice.

IT IS SO ORDERED.

January 24, 2013
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge